IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA PADILLA,

    Plaintiff,

  v.

UNITED PARCEL SERVICE COMPANY
dba UNITED PARCEL SERVICE CO.
(AIR), and DOES 1–50, inclusive,

    Defendants.
                              /

No. C 07-02396 WHA

**ORDER SETTING HEARING
ON DISCOVERY DISPUTE**

      The Court is in receipt of defendant's letter of October 2, 2007, concerning a discovery dispute. A hearing is set for **WEDNESDAY, OCTOBER 10, 2007, AT 2:30 P.M.** in Courtroom 9, at 450 Golden Gate Avenue, San Francisco, California. Plaintiff needs to respond to defendant's letter by **NOON ON TUESDAY, OCTOBER 9, 2007**.

      **IT IS SO ORDERED.**

Dated: October 3, 2007.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE