E. JEFFREY GRUBE (SB# 167324)
jeffgrube@paulhastings.com
JOHN POST (SB# 233236)
johnpost@paulhastings.com
ANDREA M. LINDEMANN (SB# 244937)
andrealindemann@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
United Parcel Service, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA PADILLA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE COMPANY, dba, UNITED PARCEL SERVICE CO. (AIR) and Does 1-50, inclusive,<br>　　　　　Defendants. | CASE NO. C-07-02396 WHA<br><br>**DISCOVERY HEARING; [PROPOSED] ORDER**<br><br>Date:  October 17, 2007<br>Time:  2:00 p.m.<br>Courtroom:  9, 19th Floor<br>Judge:  Hon. William H. Alsup |

The Court, having considered the papers submitted by the Defendant, the arguments of counsel during the hearing on October 17, 2007, and good cause appearing, hereby orders the following:

Plaintiff is to appear at the offices of Paul, Hastings, Janofsky, & Walker, LLP, 55 2nd Street, Twenty-Fourth Floor, San Francisco, California 94105, on November 1, 2007, at 9:00 a.m. At this date and time, Plaintiff is ordered to bring for inspection and copying the documents that she has failed to produce to Defendant to date: the initial disclosures, due August 31, 2007, and the responses to Defendant's first request for production of documents, due August 29, 2007. Plaintiff shall submit to her deposition at that time. The parties are to state on the record what documents Plaintiff has produced and what, if any, documents she has not produced. The Defendant may take a recess to examine and copy said documents and is then to resume the deposition. If the Defendant needs additional time to complete the deposition, the deposition may continue on November 2, 2007, resuming at 9:00 a.m.

IT IS SO ORDERED.

DATED: October 22, 2007          By: _____
                                     JUDGE WILLIAM H. ALSUP
                                     U.S. DISTRICT JUDGE

LEGAL_US_W # 57337742.1