IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA PADILLA,

    Plaintiff,

  v.

UNITED PARCEL SERVICE COMPANY
dba UNITED PARCEL SERVICE CO.
(AIR), and DOES 1–50, inclusive,

    Defendants.

No. C 07-02396 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

The Court is in receipt of defendant's letter of January 18, 2008, concerning a discovery dispute. A hearing is set for **FRIDAY, JANUARY 25, AT 11:00 A.M.** in Courtroom 9, at 450 Golden Gate Avenue, San Francisco, California. Plaintiff needs to respond to defendant's letter by **NOON ON THURSDAY, JANUARY 24**.

**IT IS SO ORDERED.**

Dated: January 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE