IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA PADILLA,

    Plaintiff,

v.

UNITED PARCEL SERVICE COMPANY
dba UNITED PARCEL SERVICE CO.
(AIR), and DOES 1–50, inclusive,

    Defendants.

No. C 07-02396 WHA

**ORDER COMPELLING DISCOVERY FROM PLAINTIFF**

Plaintiff Teresa Padilla is **ORDERED** to go to defense counsel's law office on **FEBRUARY 27, 208, AT 9:00 A.M.** and to complete her deposition. She must also bring with her to the deposition all as-yet unproduced documents requested in writing up to the date of this order. She must also bring to the deposition a written computation of her damages as required by Rule 26(a). Failure to comply with this order may result in dismissal of the action. The parties must honor the date on this order unless they agree beforehand in a writing signed by both sides to another date.

**IT IS SO ORDERED.**

Dated: February 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE