1  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
2  ANDREA M. LINDEMANN (SB# 244937)
   andrealindemann@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   Attorneys for Defendant
7  United Parcel Service, Inc.

8  TERESA PADILLA
   In Properia Persona
9  915 Elgin St.
   San Lorenzo, CA 94580
10 (510) 481-7742

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15 TERESA PADILLA,                    CASE NO. C-07-02396 WHA

16              Plaintiff,            **STIPULATION REQUESTING RELIEF
                                      FROM CASE MANAGEMENT ORDER OF**
17       vs.                          **AUGUST 3, 2007 (DOCKET 19)**

18 UNITED PARCEL SERVICE
   COMPANY, dba, UNITED PARCEL        No hearing requested
19 SERVICE CO. (AIR) and Does 1-50,   Courtroom:  9, 19th floor
   inclusive,                         Judge:  Hon. William Alsup
20

21           Defendants.

22

23

24

25

26

27

28

CASE NO. C-07-02396 WHA                                    STIPULATION

1      The parties in *Teresa Padilla v. United Parcel Service, Inc.*, C-07-02396 WHA,

2   stipulate as follows:

3      WHEREAS, on August 3, 2007, the Court issued a Case Management Order

4   setting the following dates:

5

6      Non-expert discovery cut-off May 9, 2008;

7      Last day for designation of expert testimony May 9, 2008;

8      Last day to file dispositive motions June 26, 2008;

9      Final pretrial conference September 1, 2008;

10     Trial September 15, 2008.

11

12     WHEREAS, UPS was not able to take Plaintiff's deposition until February 28,

13   2008;

14     WHEREAS, Plaintiff has produced responsive documents and initial disclosure

15   documents on a rolling basis beginning on November 1, 2007; Plaintiff first produced initial

16   disclosures containing a list of witnesses and a calculation of damages on March 7, 2008;

17     WHEREAS, on March 28, 2008, Plaintiff left a voicemail message for counsel for

18   UPS to inform them she would be out of town for 4 weeks;

19     WHEREAS, Plaintiff has not yet conducted discovery;

20     WHEREAS, the parties agree they need more time to conduct discovery and

21   prepare for trial;

22     WHEREAS, the parties believe there is good cause to request relief from the

23   scheduling order;

24     WHEREAS, the parties have not previously requested any extensions of time in

25   the case;

26     WHEREAS, the parties agree to extend the deadlines imposed by the Court to the

27   following:

28

1    Non-expert discovery cut-off July 9, 2008;

2    Last day for designation of expert testimony July 9, 2008;

3    Last day to file dispositive motions August 5, 2008;

4    Final pretrial conference October 20, 2008; and

5    Trial November 3, 2008

6

7    WHEREAS, the parties stipulate to the above-mentioned new scheduling dates.

8

9    DATED:  May 6, 2008          ANDREA LINDEMANN
                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP
10

11                               By:_____ */s/ Andrea M. Lindemann*_____
                                        ANDREA M. LINDEMANN
12

13                               Attorneys for Defendant
                                 UBS FINANCIAL SERVICES INC.
14
                                 TERESA PADILLA
15   DATED:  May __, 2008

16

17                               By:_____
                                        TERESA PADILLA
18

19                               Plaintiff in Propria Persona

20

21

22

23

24

25

26

27

28

CASE NO. C-07-02396 WHA                 3                    STIPULATION

1    Non-expert discovery cut-off July 9, 2008;

2    Last day for designation of expert testimony July 9, 2008;

3    Last day to file dispositive motions August 5, 2008;

4    Final pretrial conference October 20, 2008; and

5    Trial November 3, 2008

6

7    WHEREAS, the parties stipulate to the above-mentioned new scheduling dates.

8

9    DATED: May ___, 2008          ANDREA LINDEMANN
                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP
10

11                                 By:_____
                                            ANDREA M. LINDEMANN
12

13                                 Attorneys for Defendant
                                   UBS FINANCIAL SERVICES INC.
14

15   DATED: May 5, 2008            TERESA PADILLA

16
                                   By:_____
17                                           TERESA PADILLA

18

19                                 Plaintiff in Propria Persona

20

21

22

23

24

25

26

27

28

     CASE NO. C-07-02396 WHA              3                    STIPULATION

1       For good cause shown, the parties' request for relief from the Case Management Order

2  (Docket 19) is granted.  The new deadlines in the case are as follows:

3              No further extensions will be allowed.

4          Non-expert discovery cut-off _____July 9, 2008_____

5          Last day for designation of expert testimony _____July 9, 2008_____

6          Last day to file dispositive motions ___August 7, 2008_____

7          Final pretrial conference _____October 20, 2008_____

8          Trial ___November 3, 2008_____

9          PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11  Dated: __May 7, 2008._____          _____

12                                        WILLIAM H. ALSUP
                                         UNITED STATES DISTRICT JUDGE

13

14  LEGAL_US_W # 58847663.1