**United States District Court**
For the Northern District of California

1

2

3

4                                IN THE UNITED STATES DISTRICT COURT

5                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

6  PADILLA,

7              Plaintiff(s),                         NO:  C-07-2396 WHA (MEJ)
                                                     NOTICE AND ORDER RESCHEDULING
8     vs.                                            SETTLEMENT CONFERENCE

9  UNITED PARCEL.

10             Defendant(s).
                                          /
11

12

13         PLEASE TAKE NOTICE that this case has been  Rescheduled for a Settlement Conference

14  before Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on **June**

15  **30,  2008,  at 10:30 a.m**. **in Judge James' <u>CHAMBERS</u>**, located at the Federal Building, 450

16  Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **The parties shall immediately**

17  **notify the Court if this matter settles or is dismissed before the settlement conference date.** On

18  the date of the settlement conference, counsel and parties shall use the telephone adjacent to

19  chambers' security entrance to notify the Court of their arrival.

20         Settlement Conference statements shall be submitted in accordance with Magistrate Judge

21  James' <u>STANDING</u> <u>ORDER</u> <u>RE:</u> <u>SETTLEMENT</u> <u>CONFERENCE</u> <u>PROCEDURES</u>, a copy of which

22  may be obtained from the Northern District of California's website at

23  http://www.cand.uscourts.gov/.  From the homepage, click on the "Judges" tab on the left margin,

24  then choose Magistrate Judge James.

25         When filing papers that require the Court to take any action (e.g. motions, calendaring issues,

26  administrative requests or a request to be excused from attendance), the parties shall, in addition to

27  filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next

28  court day following the day the papers are filed electronically.  These printed copies shall be marked

1  "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with

2  Judge James' name, case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy

3  of any document with the Clerk's Office that has already been filed electronically.  **Any proposed**

4  **orders must also be emailed to: mejpo@cand.uscourts.gov**

5      Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

6  questions.

7

8  IT IS SO ORDERED.

9

Dated:  June 20, 2008

10                                            MARIA-ELENA JAMES
                                             United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               2

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1                   UNITED STATES DISTRICT COURT

2                            FOR THE

3                   NORTHERN DISTRICT OF CALIFORNIA

4

5    TERESA PADILLA,
                                        Case Number: CV07-02396 WHA
6              Plaintiff,
                                        **CERTIFICATE OF SERVICE**
7      v.

8    UNITED PARCEL SERVICE CO., et al,

9              Defendant.
                                          /
10

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

13
     That on June 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
14   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
15   in the Clerk's office.

16
     Andrea Michelle Lindemann F
17   Paul Hastings Janofsky & Walker LLP
     55 Second Street
18   24th Floor
     San Francisco,  CA 94105
19
     E. Jeffrey Grube , Sarah Ann Jain
20   Paul, Hastings, Janofsky & Walker LLP
     55 Second Street
21   24th Floor
     San Francisco,  CA 94105-3441
22
     Teresa  Padilla
23   915 Elgin Street
     San Lorenzo,  CA 94580
24
     Dated: June 20, 2008
25                                      Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk
26

27

28
                                        3