IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA PADILLA,

    Plaintiff,

v.

UNITED PARCEL SERVICE COMPANY dba UNITED PARCEL SERVICE CO. (AIR), and DOES 1–50, inclusive,

    Defendants.

No. C 07-02396 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

The Court is in receipt of defendant's letter of July 3, 2008, concerning a discovery dispute and hereby **SETS** a hearing for **MONDAY, JULY 14, 2008, AT 3:30 P.M.** in Courtroom 9, 450 Golden Gate Avenue, San Francisco. Plaintiff shall please respond to defendant's letter by **NOON ON JULY 10**.

**IT IS SO ORDERED.**

Dated: July 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE