IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA PADILLA,

    Plaintiff,

v.

UNITED PARCEL SERVICE COMPANY
dba UNITED PARCEL SERVICE CO.
(AIR), and DOES 1–50, inclusive,

    Defendants.

No. C 07-02396 WHA

**ORDER RE DISCOVERY
HEARING ON JULY 14, 2008**

    Defendants properly served plaintiff their requests for admissions, the responses of which were due on June 19, 2008. The requests were reasonable and there was no reason why they could not be answered. Plaintiff's failure to respond will therefore be treated as an admission of all nine items. The fact that plaintiff still has not responded to the request — three weeks after the original deadline — further supports this ruling. Ruling on all other discovery issues is reserved, however, pending defendants' motion for summary judgment. After defendants' motion is filed and ruled upon, further relief may be granted with respect to discovery. Because plaintiff has repeatedly failed to respond to discovery requests or abide by disclosure deadlines, she may be sanctioned by the exclusion of any documents she seeks to untimely introduce.

    **IT IS SO ORDERED.**

Dated: July 15, 2008.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE