IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERESA PADILLA,

    Plaintiff,

v.

UNITED PARCEL SERVICE COMPANY
dba UNITED PARCEL SERVICE CO.
(AIR), and DOES 1–50, inclusive,

    Defendants.
    /

No. C 07-02396 WHA

**ORDER RE BRIEFING FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    The motion for defendants' motion for summary judgment is currently set for September 11, 2008. Pursuant to Civil Local Rule 7-3, plaintiff's opposition was due on August 21, 2008. No opposition was forthcoming. In light of the fact that plaintiff is representing herself, the deadline for her opposition will be extended until August 28, 2008. Defendants' reply is due on September 4, 2008. The summary judgment hearing is re-set to **SEPTEMBER 18, 2008, AT 8:00 A.M.** If plaintiff does not file a timely opposition, the motion will be deemed unopposed.

    **IT IS SO ORDERED.**

Dated: August 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE