IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA PADILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE COMPANY<br>dba UNITED PARCEL SERVICE CO.<br>(AIR), and DOES 1–50, inclusive,<br><br>    Defendants.<br>                                    / | No. C 07-02396 WHA<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff Teresa Padilla, acting *pro se*, filed this lawsuit in state court. The lawsuit was removed to this Court in May 2007. On September 2, 2008, this Court granted defendant's unopposed motion for summary judgment and entered judgment in the case.

On October 2, 2008, plaintiff filed a notice of appeal. Plaintiff also filed an application to proceed with the appeal *in forma pauperis*. Good cause appearing for the application, plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 20, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE